| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>CHESNEY, MAXINE M | 2. Court or Organization<br>U.S. District Ct/No.Dist.Cal | 3. Date of Report<br>4/25/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active - U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   02/26/93 | With SF City & Cty. Employees' Retirement System for pension payable monthly until death, based on former employment with SF Dist.Atty. Currently $966/mo. |

RECEIVED 2005 MAY -2 A 10: 22 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2004 | San Francisco City & County Employees' Retirement System - Pension | 11,498.00 |
| 2. | | | |
| 3. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2004 | California Judges' Retirement System - Pension |
| 2. | 2004 | Self-employed (arbitration and mediation) |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Common Stock - Advanced Polymer | | None | J | T | | | | | |
| 2. Common Stock - IBM | B | Dividend | M | T | Part Sale | 11/1 | L | D | |
| 3. Mutual Fund - AXP CA Tax - Exempt | D | Dividend | M | T | | | | | |
| 4. Bond - Calipatria CA Redev Agy | A | Interest | K | T | | | | | |
| 5. Bond - Hawthorne Cal Pkg Auth | A | Interest | J | T | | | | | |
| 6. Bond - San Diego CA Educ Facs Auth | A | Interest | | | Redeemed | 8/16 | K | A | |
| 7. Bond - Sequoia CA Hospital District | A | Interest | J | T | | | | | |
| 8. Bond - W. Contra Costa County CA | A | Interest | J | T | | | | | |
| 9. Bank Accts. - Wells Fargo | D | Interest | O | T | | | | | |
| 10. Common Stock - Intel | C | Dividend | M | T | Part Sale | 10/22 | K | | |
| 11. | | | | | Part Sale | 11/1 | L | | |
| 12. | | | | | Part Sale | 12/20 | M | | |
| 13. | | | | | Part Sale | 12/28 | M | | |
| 14. Common Stock - Sun Microsystems | | None | K | T | | | | | |
| 15. Common Stock - Cisco Systems | | None | M | T | | | | | |
| 16. Bond - Fremont CA Pub. Fin. Auth. | A | Interest | K | T | | | | | |
| 17. Bond - San Benito Health Care Dist. | A | Interest | J | T | | | | | |
| 18. IRA - Hoefer & Arnett | | None | M | T | Transfer | 11/10 | M | | Transf'd from Credit Suisse |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. - Mutual Fund - Franklin Agg. Growth | | | | | | | | | |
| 20. - Mutual Fund - ING Int'l Value | | | | | | | | | |
| 21. Bond - N. Inyo Cnty Cal. Local Hosp. | A | Interest | K | T | | | | | |
| 22. Bond - Folsom Cal. Spl. Tax Comnty Facs. | B | Interest | K | T | | | | | |
| 23. Bond - Cal. Edl. Facs. Rev. | B | Interest | K | T | | | | | |
| 24. Common Stock - Applied Materials | | None | L | T | | | | | |
| 25. Common Stock - Amgen | | None | | | Sell | 1/15 | L | | |
| 26. Bond - El Monte Cal. Pub. Fin. | B | Interest | K | T | | | | | |
| 27. Bond - Woodland Cal. Fin. Auth. | B | Interest | K | T | | | | | |
| 28. Bond - Pomona Cal. Redev. Agy Tax Alloc. | A | Interest | J | T | | | | | |
| 29. Common Stock - Duke Energy | | None | | | Sell | 1/20 | K | | |
| 30. Common Stock - Walmart Stores | C | Dividend | M | T | Part Sale | 1/9 | M | | |
| 31. | | | | | Part Sale | 11/1 | L | | |
| 32. Common Stock - Pfizer | B | Dividend | L | T | | | | | |
| 33. Common Stock - Boeing | | None | | | Sell | 1/9 | K | | |
| 34. Bond - Placentia CA Redev Agy Hsg | A | Interest | K | T | | | | | |
| 35. Bond - LaMirada CA Redev Agy | A | Interest | J | T | | | | | |
| 36. Bond - Stockton CA Commty Facs | A | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CHESNEY, MAXINE M | 4/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Bond - Montclair CA Redev Agy | A | Interest | J | T | | | | | |
| 38. Mutual Fund - Nuveen CA Dvd Adv Muni | B | Dividend | K | T | | | | | |
| 39. Money Market Fund - Alliance Capital Reserve | A | Interest | | | Closed | 10/13 | J | | |
| 40. Money Market Fund - M.L. Stern CA Tax Free | A | Interest | J | T | | | | | |
| 41. Bond - Golden State CA Redev Agy | A | Interest | J | T | | | | | |
| 42. Bond - Cudahy CA Redev Agy | A | Interest | K | T | | | | | |
| 43. Bond - Kern Vy Healthcard Dist CA | A | Interest | K | T | | | | | |
| 44. Bond - Bell Comnty Redev Agy CA Tax | A | Interest | J | T | | | | | |
| 45. Bond - Muroc CA Jt Unif Sch Dist | A | Interest | J | T | | | | | |
| 46. Common Stock - Abbot Labs | B | Dividend | L | T | Buy | 1/9 | K | | |
| 47. Common Stock - Home Depot | C | Dividend | N | T | | | | | |
| 48. Common Stock - Microsoft | B | Dividend | M | T | | | | | |
| 49. Bond - CA Edl Facs | A | Interest | J | T | Buy | 5/10 | J | | |
| 50. Bond - Woodland CA Commty Facs | | None | J | T | Buy | 10/12 | J | | |
| 51. Bond - Yuba City CA Redev Agy | A | Interest | J | T | Buy | 8/17 | J | | |
| 52. Common Stock - Autozone | | None | K | T | Buy | 10/26 | K | | |
| 53. Common Stock - Reading Int'l | | None | L | T | Buy | 12/31 | L | | |
| 54. Money Market Fund - Hoefer & Arnett - General Mny Mkt | A | Dividend | M | T | Open | 10/15 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000.001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | | |
|---|---|---|---|
| Name of Person Reporting | | Date of Report | |
| CHESNEY, MAXINE M | | 4/25/2005 | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Common Stock - Washington Mutual | D | Dividend | M | T | Buy | 1/9 | M | | |
| 56. U.S. Treasury Securities | | None | L | T | Buy | 12/28 | L | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___4/27/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544